THOMAS J. WARWICK, Jr.
STATE BAR NO.: 56200
GRIMES & WARWICK
P.O. BOX 124817
SAN DIEGO CA 92112
TELEPHONE: (619) 232-0600
twarwick@grimesandwarwick.com

Attorney for Defendant
PHONG TRAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. MARILYN L. HUFF)

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>PHONG TRAN,<br><br>       Defendant. | **Case No.: 16CR1409H**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare as follows:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the above-referenced action; that I am employed in the County of San Diego, California; and that my business address is P.O. Box 124817, San Diego, CA 92112.

I caused the service of the following: MOTION TO COMPEL DISCOVERY AND PRESERVE EVIDENCE, MOTION TO GRANT LEAVE TO FILE FURTHER MOTIONS and ORDER SHORTENING TIME via electronic filing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this July 12, 2016 in San Diego, California

DATED:  July 12, 2016

/s/ THOMAS J. WARWICK, JR.
THOMAS J. WARWICK, JR.
Attorney for Defendant
PHONG TRAN