# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. MARILYN HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> PHONG TRAN, <br>    Defendant. | Case No. 16CR1409H <br><br> ORDER SHORTENING TIME |

  The Defendant, Phong Tran, by and through counsel, Thomas J. Warwick, Jr., hereby moves this Court for an order shortening time to file <u>MOTION TO COMPEL DISCOVERY AND PRESERVE EVIDENCE</u> and <u>MOTION TO GRANT LEAVE TO FILE FURTHER MOTIONS</u> on Monday July 25, 2016 for the following reasons: defense counsel recently arraigned the case and has not yet received discovery. Due to this, counsel was not able to file within the requisite fourteen (14) days in advance of the July 25, 2016 date set to hear the motions before the Honorable Marilyn Huff.

///

///

Government Counsel will be provided copies of these pleadings on July 25, 2016.

**SO ORDERED.**

Dated: _____

_____
HONORABLE MARILYN L. HUFF
Judge of the U.S. District Court