Steven M. Goldsobel (State Bar No. 166405)
Katherine A. Bowles (State Bar No. 287426)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorneys for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16CR1409H |
| Plaintiff, | **NOTICE OF APPEARANCE FOR KATHERINE A. BOWLES AS COUNSEL OF RECORD FOR DEFENDANT HOOTAN MELAMED** |
| v. | |
| HOOTAN MELAMED (1), JEAN FRANCOIS PICARD (2), JOHN PANGELINAN (3), PHONG HUNG TRAN (4), JONATHAN PENA (5), | |
| | Hon. Marilyn L. Huff |
| | Hon. Bernard G. Skomal |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Katherine A. Bowles of the Law Offices of Steven Goldsobel, A Professional Corporation, and as permitted to practice in this district, hereby appears as counsel of record on behalf of defendant Hootan Melamed in the above-entitled action. Effective immediately, please add Katherine A. Bowles as an attorney to be noticed on all matters at the following:

KATHERINE A. BOWLES
LAW OFFICES OF STEVEN GOLDSOBEL, A PROFESSIONAL
CORPORATION
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067

Tel. (310) 552-4848
Fax (310) 695-3860
kate@sgoldsobel.com

Other counsel of record for defendant Hootan Melamed shall remain as counsel of record to be noticed.


Dated:  July 20, 2016                    Respectfully submitted,

                                         LAW OFFICES OF STEVEN
                                         GOLDSOBEL, A PROFESSIONAL
                                         CORPORATION

                                         By:  /s/ *Katherine A. Bowles*
                                              KATHERINE A. BOWLES
                                              Attorney for Defendant
                                              Hootan Melamed

**NOTICE OF APPEARANCE FOR KATHERINE A. BOWLES AS COUNSEL OF RECORD FOR DEFENDANT HOOTAN MELAMED**

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 1750, Los Angeles, CA  90067.

5

On July 20, 2016, I served the foregoing document described as:

6

7

**NOTICE OF APPEARANCE FOR KATHERINE A. BOWLES AS COUNSEL OF RECORD FOR DEFENDANT HOOTAN MELAMED**

8

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope, addressed as follows:

9

10

Gerald M. Werksman, Sr.
Gerald M. Werksman, Esq.
17702 Mitchell North
Irvine, CA 92614
werksmanlaw@gmail.com
949-307-2426 p
949-756-9060 f
*Attorney for Defendant Jean Francois Picard*

Patrick Q. Hall
Law Offices of Patrick Q. Hall
1350 Columbia Street, Suite 601
San Diego, CA 92101
pat@pqhlaw.com
619-268-4040 p
619-268-4041 f
*Attorney for John Pangelinan*

11

12

13

14

15

Thomas J. Warwick, Jr.
Grimes and Warwick
2664 Fourth Avenue
San Diego, CA 92103
twarwick@grimesandwarwick.com
619-232-0600 p
619-232-8857 f
*Attorney for Phong Hung Tran*

Gretchen C. VonHelms
Law Offices of Gretchen VonHelms
105 West F Street, Third Floor
San Diego, CA 92101
gvh@ronisandronis.com
619-239-1199 p
619-236-8820 f
*Attorney for Jonathan Pena*

16

17

18

19

20

Valerie Chu
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101
Valerie.Chu@usdoj.gov
619-546-6750 p
619-546-0450 f
*Attorney for USA*

21

22

23

24

25

26

27

28

PROOF OF SERVICE

**[X]     BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2016, at Los Angeles, California.

Samantha Carranza

PROOF OF SERVICE