Steven M. Goldsobel (State Bar No. 166405)
Katherine A. Bowles (State Bar No. 287426)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorneys for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOOTAN MELAMED (1),<br>JEAN FRANCOIS PICARD (2),<br>JOHN PANGELINAN (3),<br>PHONG HUNG TRAN (4),<br>JONATHAN PENA (5),<br><br>Defendants. | CASE NO. 16CR1409H<br><br>NOTICE OF ACKNOWLEDGMENT OF NEXT COURT APPEARANCE OF DEFENDANT HOOTAN MELAMED |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

I, Hootan Melamed, hereby acknowledge that my next Court appearance has been rescheduled from July 25, 2016 to October 24, 2016, before the Honorable Marilyn L. Huff. I promise to appear on October 24, 2016 at 2 p.m. in Courtroom 15A of the above-entitled Court.

Dated: 07/20/16

Signed: _____
Defendant Hootan Melamed

Dated: July 20, 2016

Respectfully submitted,
LAW OFFICES OF STEVEN GOLDSOBEL, A PROFESSIONAL CORPORATION

By: /s/ *Katherine A. Bowles*
KATHERINE A. BOWLES
Attorney for Defendant Hootan Melamed

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Steven M. Goldsobel (State Bar No. 166405)<br>Law Offices of Steven Goldsobel,<br>A Professional Corporation<br>1901 Avenue of the Stars, Suite 1750<br>Los Angeles, CA 90067<br>Tel: (310) 552-4848<br>Fax: (310) 695-3860<br>Email: steve@sgoldsobel.com<br><br>Attorney for Defendant<br>HOOTAN MELAMED |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOOTAN MELAMED (1),<br>JEAN FRANCOIS PICARD (2),<br>JOHN PANGELINAN (3),<br>PHONG HUNG TRAN (4),<br>JONATHAN PENA (5),<br><br>Defendants. | CASE NO. 16CR1409H<br><br>**PROOF OF SERVICE** |

-1-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 1750, Los Angeles, CA 90067.

On July 20, 2016, I served the foregoing document described as:

## NOTICE OF ACKNOWLEDGMENT OF NEXT COURT APPEARANCE OF DEFENDANT HOOTAN MELAMED

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope, addressed as follows:

Gerald M. Werksman, Sr.
Gerald M. Werksman, Esq.
17702 Mitchell North
Irvine, CA 92614
werksmanlaw@gmail.com
949-307-2426 p
949-756-9060 f
*Attorney for Defendant Jean Francois Picard*

Patrick Q. Hall
Law Offices of Patrick Q. Hall
1350 Columbia Street, Suite 601
San Diego, CA 92101
pat@pqhlaw.com
619-268-4040 p
619-268-4041 f
*Attorney for John Pangelinan*

Thomas J. Warwick, Jr.
Grimes and Warwick
2664 Fourth Avenue
San Diego, CA 92103
twarwick@grimesandwarwick.com
619-232-0600 p
619-232-8857 f
*Attorney for Phong Hung Tran*

Gretchen C. VonHelms
Law Offices of Gretchen VonHelms
105 West F Street, Third Floor
San Diego, CA 92101
gvh@ronisandronis.com
619-239-1199 p
619-236-8820 f
*Attorney for Jonathan Pena*

Valerie Chu
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101
Valerie.Chu@usdoj.gov
619-546-6750 p
619-546-0450 f
*Attorney for USA*

[X]  **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2016, at Los Angeles, California.

_____
Samantha Carranza

PROOF OF SERVICE