Steven M. Goldsobel (State Bar No. 166405)
Katherine A. Bowles (State Bar No. 287426)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorney for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOOTAN MELAMED (1),<br><br>Defendant. | CASE NO. 16CR1409H<br><br>**UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |
|---|---|

Defendant Hootan Melamed ("Melamed"), by and through his counsel of record, Steven M. Goldsobel, hereby brings this Unopposed Motion for Travel During Pretrial Release.

1. On June 16, 2016, Melamed was indicted in *United States v. Melamed, et al.*, Case No. 16CR1409H, and, currently, he is on pretrial release. Melamed currently is authorized to travel throughout the State of California.

2. Melamed wishes to visit a close friend in Las Vegas, Nevada from August 5, 2016 through August 8, 2016.

3. Assistant United States Attorney Valerie H. Chu ("Ms. Chu") does not oppose Melamed traveling to Las Vegas, Nevada, from August 5, 2016 through August 8, 2016, so long as Melamed provides Ms. Chu and Pretrial Services Officer in the Central District of California Damion Davis ("Officer Davis") with Melamed's itinerary before leaving and Melamed notifies Officer Davis of

Melamed's departure from and return to Los Angeles, California. Officer Davis does not oppose Melamed traveling to Las Vegas, Nevada from August 5, 2016 through August 8, 2016.

4. In addition, Melamed's Pretrial Services Officer in the Southern District of California, Sabrina Hall, does not oppose Melamed traveling to Las Vegas, Nevada from August 5, 2016 through August 8, 2016.

5. Accordingly, Melamed respectfully requests that the Court enter an order authorizing Melamed to travel from Los Angeles, California to Las Vegas, Nevada to visit his close friend from August 5, 2016 through August 8, 2016.

Dated: August 3, 2016          Respectfully submitted,

                                            LAW OFFICES OF STEVEN GOLDSOBEL
                                            A PROFESSIONAL CORPORATION

                                          By: */s/ Steven M. Goldsobel*
                                                STEVEN M. GOLDSOBEL
                                                Attorney for Defendant Hootan Melamed

| | |
|---|---|
| 1 | Steven M. Goldsobel (State Bar No. 166405) |
| | Katherine A. Bowles (State Bar No. 287426) |
| 2 | Law Offices of Steven Goldsobel, |
| | A Professional Corporation |
| 3 | 1901 Avenue of the Stars, Suite 1750 |
| | Los Angeles, CA 90067 |
| 4 | Tel: (310) 552-4848 |
| | Fax: (310) 695-3860 |
| 5 | Email: steve@sgoldsobel.com |
| 6 | Attorney for Defendant |
| | HOOTAN MELAMED |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 16CR1409H |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| HOOTAN MELAMED (1), | |
| Defendant. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 1750, Los Angeles, CA 90067.

On August 3, 2016, I served the foregoing document described as:

## UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope, addressed as follows:

Gerald M. Werksman, Sr.
Gerald M. Werksman, Esq.
17702 Mitchell North
Irvine, CA 92614
werksmanlaw@gmail.com
949-307-2426 p
949-756-9060 f
*Attorney for Defendant Jean Francois Picard*

Patrick Q. Hall
Law Offices of Patrick Q. Hall
1350 Columbia Street, Suite 601
San Diego, CA 92101
pat@pqhlaw.com
619-268-4040 p
619-268-4041 f
*Attorney for John Pangelinan*

Thomas J. Warwick, Jr.
Grimes and Warwick
2664 Fourth Avenue
San Diego, CA 92103
twarwick@grimesandwarwick.com
619-232-0600 p
619-232-8857 f
*Attorney for Phong Hung Tran*

Gretchen C. VonHelms
Law Offices of Gretchen VonHelms
105 West F Street, Third Floor
San Diego, CA 92101
gvh@ronisandronis.com
619-239-1199 p
619-236-8820 f
*Attorney for Jonathan Pena*

Valerie Chu
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101
Valerie.Chu@usdoj.gov
619-546-6750 p
619-546-0450 f
*Attorney for USA*

[X]     **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 3, 2016, at Los Angeles, California.

_____
Samantha Carranza

PROOF OF SERVICE