# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HOOTAN MELAMED (1),<br><br>        Defendant. | CASE NO. 16CR1409H<br><br>**ORDER GRANTING UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>MOTION FILED CONCURRENTLY HEREWITH |

The Court, having considered Defendant Hootan Melamed's ("Melamed") Unopposed Motion Authorizing Travel for Defendant Hootan Melamed during Pretrial Release, and good cause having been shown, hereby GRANTS the Unopposed Motion and ORDERS that:

1.  Melamed may travel from Los Angeles, California to Las Vegas, Nevada, from August 5, 2016 through August 8, 2016, so long as Melamed provides a copy of his itinerary, before leaving, to Assistant United States Attorney Valerie H. Chu and Pretrial Services Officer Damion Davis and so long as Melamed notifies Damion Davis of Melamed's departure from and return to Los Angeles, California.

    IT IS SO ORDERED.

Dated: AUGUST 4, 2016         _____
                                                         Hon. Bernard G. Skomal
                                                         United States Magistrate Judge

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**