Steven M. Goldsobel (State Bar No. 166405)
Katherine A. Bowles (State Bar No. 287426)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorney for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16CR1409H |
| Plaintiff, | **UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE** |
| v. | |
| HOOTAN MELAMED (1), | **[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH]** |
| Defendant. | |

Defendant Hootan Melamed ("Melamed"), by and through his counsel of record, Steven M. Goldsobel, hereby brings this Unopposed Motion for Travel During Pretrial Release.

1.    On June 16, 2016, Melamed was indicted in *United States v. Melamed, et al.*, Case No. 16CR1409H, and, currently, he is on pretrial release. Melamed currently is authorized to travel throughout the State of California.

2.    Melamed wishes to travel from Los Angeles, California to Kapalua, Maui, Hawaii from September 2, 2016 through September 6, 2016, for vacation.

3.    Assistant United States Attorney Valerie H. Chu ("Ms. Chu") does not oppose Melamed traveling to Kapalua, Maui, Hawaii from September 2, 2016 through September 6, 2016, so long as Melamed provides Ms. Chu and Pretrial Services with Melamed's itinerary before leaving and Melamed notifies Pretrial

Services of Melamed's departure from and return to Los Angeles, California. Pretrial Services does not oppose Melamed traveling to Kapalua, Maui, Hawaii from September 2, 2016 through September 6, 2016.

4.    Accordingly, Melamed respectfully requests that the Court enter an order authorizing Melamed to travel from Los Angeles, California to Melamed traveling to Kapalua, Maui, Hawaii from September 2, 2016 through September 6, 2016.


Dated:  August 26, 2016          Respectfully submitted,

                                 LAW OFFICES OF STEVEN GOLDSOBEL
                                 A PROFESSIONAL CORPORATION

                                 By:   */s/ Steven M. Goldsobel*
                                       STEVEN M. GOLDSOBEL
                                       Attorney for Defendant Hootan Melamed

Dated:  August 26, 2016          LAURA E. DUFFY
                                 UNITED STATES ATTORNEY

                                 By:   */s/  Valerie H. Chu*
                                       Valerie H. Chu
                                       Assistant United States Attorney
                                       Attorney for Plaintiff
                                       United States of America

///

///

**UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**

Dated:  August 26, 2016          DAMION DAVIS
                                 PRETRIAL SERVICES OFFICER

                          By:  /s/ Damion Davis
                               Damion Davis
                               Pretrial Services Officer
                               United States District Court for the Central
                               District of California

Dated:  August 26, 2016          SABRINA HALL
                                 PRETRIAL SERVICES OFFICER

                          By:  /s/ Sabrina Hall
                               Sabrina Hall
                               Pretrial Services Officer
                               United States District Court for the Southern
                               District of California

## NOTICES OF ACKNOWLEDGMENT

I, Hootan Melamed, hereby acknowledge that, in connection with my request for travel to Kapalua, Maui, Hawaii, I need to provide Ms. Chu and Officer Davis with my itinerary before leaving and I need to notify Officer Davis of my departure from and return to Los Angeles, California.

Dated:  8/26/16                  Signed: _____
                                         Defendant Hootan Melamed

I, Houshang Melamed, hereby acknowledge and consent to Hootan Melamed's request to travel to Kapalua, Maui, Hawaii from September 2, 2016 through September 6, 2016.

Dated:  8/26/16                  Signed: _____
                                         Surety Houshang Melamed

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 26, 2016           /s/ Steven M. Goldsobel

**UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN
MELAMED DURING PRETRIAL RELEASE**

1 | Steven M. Goldsobel (State Bar No. 166405)
Katherine A. Bowles (State Bar No. 287426)
2 | Law Offices of Steven Goldsobel,
A Professional Corporation
3 | 1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
4 | Tel: (310) 552-4848
Fax: (310) 695-3860
5 | Email: steve@sgoldsobel.com

6 | Attorney for Defendant
HOOTAN MELAMED

7

8

9 | ## UNITED STATES DISTRICT COURT

10 | ## SOUTHERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,          CASE NO. 16CR1409H

13 |              Plaintiff,

14 |        v.                          **PROOF OF SERVICE**

15 | HOOTAN MELAMED (1),

16 |              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 1750, Los Angeles, CA  90067.

On August 26, 2016, I served the foregoing document described as:

**UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope, addressed as follows:

Gerald M. Werksman, Sr.
Gerald M. Werksman, Esq.
17702 Mitchell North
Irvine, CA 92614
werksmanlaw@gmail.com
949-307-2426 p
949-756-9060 f
*Attorney for Defendant Jean Francois Picard*

Patrick Q. Hall
Law Offices of Patrick Q. Hall
1350 Columbia Street, Suite 601
San Diego, CA 92101
pat@pqhlaw.com
619-268-4040 p
619-268-4041 f
*Attorney for John Pangelinan*

Thomas J. Warwick, Jr.
Grimes and Warwick
2664 Fourth Avenue
San Diego, CA 92103
twarwick@grimesandwarwick.com
619-232-0600 p
619-232-8857 f
*Attorney for Phong Hung Tran*

Gretchen C. VonHelms
Law Offices of Gretchen VonHelms
105 West F Street, Third Floor
San Diego, CA 92101
gvh@ronisandronis.com
619-239-1199 p
619-236-8820 f
*Attorney for Jonathan Pena*

Valerie Chu
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101
Valerie.Chu@usdoj.gov
619-546-6750 p
619-546-0450 f
*Attorney for USA*

PROOF OF SERVICE

**[X]     BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2016, at Los Angeles, California.

_____

Samantha Carranza

PROOF OF SERVICE