# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOOTAN MELAMED (1),<br><br>Defendant. | CASE NO. 16CR1409H<br><br>**ORDER GRANTING UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>[UNOPPOSED MOTION FILED CONCURRENTLY HEREWITH] |

The Court, having considered Defendant Hootan Melamed's ("Melamed") Unopposed Motion Authorizing Travel for Defendant Hootan Melamed during Pretrial Release, and good cause having been shown, hereby GRANTS the Unopposed Motion and ORDERS that:

1. Melamed may travel from Los Angeles, California to Kapalua, Maui, Hawaii from September 2, 2016 through September 6, 2016, so long as Melamed provides a copy of his itinerary, before leaving, to Assistant United States Attorney Valerie H. Chu and Pretrial Services and so long as Melamed notifies Pretrial Services of Melamed's departure from and return to Los Angeles, California.

IT IS SO ORDERED.

Dated: AUGUST 26, 2016

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**

-1-
**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION AUTHORIZING TRAVEL
FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**