Steven M. Goldsobel (State Bar No. 166405)
Katherine A. Bowles (State Bar No. 287426)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorney for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>HOOTAN MELAMED (1),<br><br>                Defendant. | CASE NO. 16CR1409H<br><br>**UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |

Defendant Hootan Melamed ("Melamed"), by and through his counsel of record, Steven M. Goldsobel, hereby brings this Unopposed Motion for Travel During Pretrial Release.

1.      On June 16, 2016, Melamed was indicted in *United States v. Melamed, et al.*, Case No. 16CR1409H, and, currently, he is on pretrial release. Melamed currently is authorized to travel throughout the State of California.

2.      Melamed wishes to visit a close friend from September 21, 2016 through September 23, 2016.  Melamed plans to travel from Los Angeles, California to Phoenix, Arizona and then to Las Vegas, Nevada on September 21, 2016 and return from Las Vegas, Nevada to Los Angeles, California on September 23, 2016.

3.      Assistant United States Attorney Valerie H. Chu ("Ms. Chu") does not

oppose this request, so long as Melamed provides Ms. Chu and Pretrial Services with Melamed's itinerary before leaving and Melamed notifies Pretrial Services of Melamed's travel from and return to Los Angeles, California.  Pretrial Services also does not oppose this request.

4.     Ms. Chu and Pretrial Services also do not oppose a modification of Melamed's bond to allow for travel to and from Las Vegas, Nevada, so long as Melamed obtains prior approval from Pretrial Services.

5.     Accordingly, Melamed respectfully requests that the Court enter an order authorizing Melamed to travel to Phoenix, Arizona and then to Las Vegas, Nevada on September 21, 2016 and return from Las Vegas, Nevada to Los Angeles, California on September 23, 2016.

6.     Melamed further requests that his bond be modified to allow for travel to and from Las Vegas, Nevada, with prior approval of Pretrial Services.

Dated: September 19, 2016          Respectfully submitted,

                                   LAW OFFICES OF STEVEN GOLDSOBEL
                                   A PROFESSIONAL CORPORATION

                                   By:  /s/ Steven M. Goldsobel
                                        STEVEN M. GOLDSOBEL
                                        Attorney for Defendant Hootan Melamed

Dated: September 19, 2016          LAURA E. DUFFY
                                   UNITED STATES ATTORNEY

                                   By:  /s/ Valerie H. Chu
                                        Valerie H. Chu
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
                                        United States of America

///

///

UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR
DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE

Dated:  September 19, 2016       DAMION DAVIS
                                 PRETRIAL SERVICES OFFICER

                                 By:  _/s/ Damion Davis_____
                                      Damion Davis
                                      Pretrial Services Officer
                                      United States District Court for the Central
                                      District of California

Dated:  September 19, 2016       YOLANDA GERMAN
                                 PRETRIAL SERVICES OFFICER

                                 By:  _/s/ Yolanda German_____
                                      Yolanda German
                                      Pretrial Services Officer
                                      United States District Court for the
                                      Southern District of California

## NOTICES OF ACKNOWLEDGMENT

I, Hootan Melamed, hereby acknowledge that, in connection with this request for travel to Las Vegas, Nevada, and any future request for travel to Las Vegas, Nevada, I need to provide Ms. Chu and Pretrial Services with my itinerary before leaving and I need to notify Pretrial Services of my departure from and return to Los Angeles, California.

Dated:  __09/19/16_____       Signed: _____
                                        Defendant Hootan Melamed

I, Houshang Melamed, hereby acknowledge and consent to Hootan Melamed's request to travel to Phoenix, Arizona and then to Las Vegas, Nevada on September 21, 2016 and return from Las Vegas, Nevada to Los Angeles, California on September 23, 2016.  I further acknowledge and consent to Hootan Melamed's request to modify the bond to allow for travel to and from Las Vegas, Nevada, with the prior approval of Pretrial Services.

Dated:  __09/19/16_____       Signed: _____
                                        Surety Houshang Melamed

**UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR
DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 19, 2016        _/s/ Steven M. Goldsobel_
                                Steven M. Goldsobel

UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR
DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE

Steven M. Goldsobel (State Bar No. 166405)
Katherine A. Bowles (State Bar No. 287426)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorney for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HOOTAN MELAMED (1),<br><br>　　　　　Defendant. | CASE NO. 16CR1409H<br><br>**PROOF OF SERVICE** |

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 1750, Los Angeles, CA 90067.

4

5

On September 19, 2016, I served the foregoing document described as:

6

**UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**

7

8

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope, addressed as follows:

9

10

Gerald M. Werksman, Sr.
Gerald M. Werksman, Esq.
17702 Mitchell North
Irvine, CA 92614
werksmanlaw@gmail.com
949-307-2426 p
949-756-9060 f
*Attorney for Defendant Jean
Francois Picard*

Patrick Q. Hall
Law Offices of Patrick Q. Hall
1350 Columbia Street, Suite 601
San Diego, CA 92101
pat@pqhlaw.com
619-268-4040 p
619-268-4041 f
*Attorney for John Pangelinan*

11

12

13

14

15

Thomas J. Warwick, Jr.
Grimes and Warwick
2664 Fourth Avenue
San Diego, CA 92103
twarwick@grimesandwarwick.com
619-232-0600 p
619-232-8857 f
*Attorney for Phong Hung Tran*

Gretchen C. VonHelms
Law Offices of Gretchen VonHelms
105 West F Street, Third Floor
San Diego, CA 92101
gvh@ronisandronis.com
619-239-1199 p
619-236-8820 f
*Attorney for Jonathan Pena*

16

17

18

19

20

Valerie Chu
U S Attorneys Office Southern
District of California
Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101
Valerie.Chu@usdoj.gov
619-546-6750 p
619-546-0450 f
*Attorney for USA*

21

22

23

24

25

26

27

28

PROOF OF SERVICE

**[X]    BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 19, 2016, at Los Angeles, California.

_____
Samantha Carranza

PROOF OF SERVICE