# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HOOTAN MELAMED (1),<br><br>  Defendant. | CASE NO. 16CR1409H<br><br>**ORDER GRANTING UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>[UNOPPOSED MOTION FILED CONCURRENTLY HEREWITH] |

The Court, having considered Defendant Hootan Melamed's ("Melamed") Unopposed Motion Authorizing Travel and Modifying Bond for Defendant Hootan Melamed during Pretrial Release, and good cause having been shown, hereby GRANTS the Unopposed Motion and ORDERS that:

  1.  Melamed may travel from Los Angeles, California to Phoenix, Arizona and then to Las Vegas, Nevada on September 21, 2016 and return from Las Vegas, Nevada to Los Angeles, California on September 23, 2016, so long as Melamed provides a copy of his itinerary, before leaving, to Assistant United States Attorney Valerie H. Chu and Pretrial Services and so long as Melamed notifies Pretrial Services of Melamed's departure from and return to Los Angeles, California.

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**

2. Melamed's bond is modified to allow travel to and from Las Vegas, Nevada, so long as Melamed obtains prior approval from Pretrial Services.

IT IS SO ORDERED.

Dated: 9-19-16

_____
Hon. Bernard G. Skomal
United States Magistrate Judge