Steven M. Goldsobel (State Bar No. 166405)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorney for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOOTAN MELAMED (1), <br> JEAN FRANCOIS PICARD (2), <br> JOHN PANGELINAN (3), <br> PHONG HUNG TRAN (4), <br> JONATHAN PENA (5), <br><br> Defendants. | CASE NO. 16CR1409H <br><br> **UNOPPOSED MOTION AUTHORIZING TRAVEL AND MODIFYING BOND FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE** <br><br> [[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |

    Defendant Hootan Melamed, by and through his counsel of record, Steven M. Goldsobel, hereby brings this Unopposed Motion Authorizing Travel and Modifying Bond for Defendant Hooton Melamed During Pretrial Release.

    1.    On June 16, 2016, Melamed was indicted in *United States v. Melamed, et al.*, Case No. 16CR1409H, and, currently, he is on pretrial release. His conditions of bond authorize him to travel throughout the State of California and, upon prior approval from Pretrial Services, to Las Vegas, Nevada.

    2.    Melamed wishes to travel to Salt Lake City, Utah for a vacation with his significant other from December 20, 2016 to December 23, 2016.

    3.    Melamed further requests that his bond be modified to allow for travel

to and from Las Vegas, Nevada without prior approval of Pretrial Services. Malamed makes this request because his significant other resides in Las Vegas, Nevada.

  4.  Pretrial Services does not oppose either request or the bond modification.

  5.  On December 15, 2016, undersigned counsel for Melamed provided a copy of this stipulation and proposed order to Assistant United States Attorney Valerie H. Chu, who does not oppose entry of the requested order.

  6.  Accordingly, Melamed respectfully requests that the Court enter an order:

    a. authorizing Melamed to travel to Salt Lake City, Utah from December 20, 2016 through December 23, 2016; and

    b. modifying the conditions of Melamed's bond to allow his travel throughout the State of California and to and from Las Vegas, Nevada without prior approval from Pretrial Services.

IT IS SO STIPULATED.

Dated: December 16, 2016  LAW OFFICES OF STEVEN GOLDSOBEL
              A PROFESSIONAL CORPORATION

              By: /s/ Steven M. Goldsobel
                STEVEN M. GOLDSOBEL
                Attorney for Defendant Hootan Melamed

Dated: December 16, 2016  LAURA E. DUFFY
              UNITED STATES ATTORNEY

              By: /s/ Valerie H. Chu
                Valerie H. Chu
                Assistant United States Attorney
                Attorney for Plaintiff
                United States of America

## NOTICES OF ACKNOWLEDGMENT

I, Hootan Melamed, hereby acknowledge my request to travel to Salt Lake City, Utah on December 20, 2016 and return to Los Angeles, California on December 23, 2016 and request to modify my conditions of bond to allow for travel to and from Las Vegas, Nevada.

Dated: 12/16/16                Signed: /s/ Hootan Melamed
                                       Defendant Hootan Melamed

I, Houshang Melamed, hereby acknowledge and consent to Hootan Melamed's request to travel to Salt Lake City, Utah on December 20, 2016 and return to Los Angeles, California on December 23, 2016. I further acknowledge and consent to Hootan Melamed's request to modify the bond to allow for travel to and from Las Vegas, Nevada.

Dated: _____        Signed: _____
                                       Surety Houshang Melamed

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 16, 2016              /s/ Steven M. Goldsobel
                                      Steven M. Goldsobel

## NOTICES OF ACKNOWLEDGMENT

I, Hootan Melamed, hereby acknowledge my request to travel to Salt Lake City, Utah on December 20, 2016 and return to Los Angeles, California on December 23, 2016 and request to modify my conditions of bond to allow for travel to and from Las Vegas, Nevada.

Dated: _____    Signed: _____
                                     Defendant Hootan Melamed

I, Houshang Melamed, hereby acknowledge and consent to Hootan Melamed's request to travel to Salt Lake City, Utah on December 20, 2016 and return to Los Angeles, California on December 23, 2016. I further acknowledge and consent to Hootan Melamed's request to modify the bond to allow for travel to and from Las Vegas, Nevada.

Dated: 12/16/16    Signed: _____
                            Surety Houshang Melamed

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 16, 2016    /s/ Steven M. Goldsobel
                             Steven M. Goldsobel