Gerald M. Werksman, SBN 145020
17702 Mitchell North,
Irvine, CA 92614
Telephone: 949-307-2426
Facsimile: 949-756-9060
werksmanlaw@gmail.com

Attorney for Defendant Jean Francois Picard

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEAN FRANCOIS PICARD (2),<br><br>Defendant. | Criminal Case No. 16cr1409-H<br><br>**DEFENDANT'S MOTION TO DISMISS THE INDICTMENT DUE TO OUTRAGEOUS GOVERNMENT CONDUCT IN OBTAINING JURISDICTION, ENTRAPPING DEFENDANT, ENHANCING POSSIBLE SENTENCING AND CREATING THE CRIMINAL ACTS** |

Now comes Defendant, Jean Francois Picard, by his attorney, Gerald M. Werksman, and moves this court for an order dismissing the indictment because of outrages government conduct, and in support thereof, states as follows:

## THE FACTS

In order to make a case against the Defendant, J. F. Picard, the F.B.I.

1. Created four fictitious patients ,to-wit: Michael R. McCorrel ( Count 2, Def. Exhibit 1); John P. Michaels ( Count 3, Def. Exhibit 2); Jack P. McMiken (Count 4, Exhibit 3); AND Michael McCarren (Counts 5 and 6.)

2. Used the prescription pads supplied by an informant to write prescriptions for four items used by "Workers Compensation Only" (see items 11 through 15 on each prescription.)

3. Had an F.B.I. agent, Catherine Connelly, sign the name of the allegedly prescribing doctor (Harry Donel Elshore) to the prescription. (See Def. Exhibit 4)

4. Submitted the prescriptions to co-defendant Melamed for filling

5. Designated each of the fictitious patients as a U.S. Postal Worker with a job-related injury and a return address in the Southern District; each address was an F.B.I.-controlled mailbox in the Southern District.

By running the operation from beginning to end, the F.B.I. agents did the following, attributed to Picard in the Indictment: (a) made materially false and fraudulent representations in the prescriptions which they created; (b) made it appear that the defendant was depriving the patients and doctors of the doctor's honest services; (c) Violated the Travel Act by sending a check for the informant to Nevada to a F.B.I. mail drop box; (d) MOST importantly, by creating the patients, doctors, diagnoses, and medical visits, the government has made it impossible for the defendant to contradict the "FRAUDULENT PURPOSE" set forth in Count One at page 5, paragraph 15 of the indictment:

"...a secret pattern of bribes to doctors (and those acting with them and on their behalf), to induce the doctors to refer patients to particular pharmacies and DME providers, in violation of the doctors' fiduciary duty to their patients."

To create Counts 13 and 14, the agents had the informant send a check for his commission to an entity in Nevada which was set up solely for the purpose of creating Travel Act Violations. (Ex. 5)

Genesis of the case against the Defendant began some time in 2012 when the F.B.I. apprehended Paul Randall who was involved in a major medical frauds all over Southern California, involving hospitals, clinics and doctors. Randall hardly knew the defendant, nor had he ever done business with him, but in an effort to mitigate a lengthy sentence (although indicted in 2013 Randall has yet to be sentenced, to counsel's knowledge) Randall became an informant.

The informant, Paul Randall, had never done business with J.F. Picard. He knew Picard slightly as a former professional hockey player who was a distributor for orthopedic medical services, for which a commission to the sales representative was legal. The problem was that the defendant had a miniscule portion of business in California and none in The Southern District. The above plan to make a case against the defendant evolved. What is perplexing to defense counsel is the role of the prosecutor in what occurred. Since the documents attached as Exhibits 1, 2 and 3 were not provided in the pretrial discovery, but come from defendant's records, it is fair to ask whether the prosecutor knew of the

Bureau's machinations. Did the grand jury know that the patients were fictitious; the scrips phonied up and signed by an F.B.I. agent? Did anyone consider the impossibility of defense counsel asking whether the alleged doctors were bribed as set forth in Count One, the conspiracy count.

## THE LAW

Dismissal of an indictment has long been considered the appropriate action by a trial court where government conduct is so outrageous that it offends the universal sense of justice. Whether it be to entrap a defendant, create jurisdiction or increase sentencing penalties, there is certain conduct that is forbidden. See, United States v. Fernandez, 388 F.3d 1199, 1237(9th Cir.2004). Especially is this so "...when the government has 'engineered and dictated the criminal enterprise from start to finish,' United States v. Smith, 924 F2d 889, 897(9th Cir. 1991),...". Fernandez at 11237. See also: United States v. So, 755 F2d 1350, 1352(9th Cir. 1985): "We can assume that our sense of justice would be shocked were 'government agents {to} engineer and direct {a} criminal enterprise from start to finish.' United States v. Ramirez, 710F.2d 535, 539 (9th Cir. 1983)."

Courts have sanctioned dismissal of prosecutions where the prosecutor has manufactured or obtained jurisdiction. United States v. Struckman, 611F/3d 560, 570-574(9th Cir. 2010). The claim, as made here, is limited to "extreme cases"...characterized by 'dominant fomentation' or aggressive solicitation of criminal activity.

This court is no stranger to the arguments presented here, having been affirmed in United States v. Ross, 372F.3d 1097(2004). However, we call to the court's attention two more recent cases, each with a persuasive and well-reasoned dissent by Judge Noonan. They are: United States v. Black, 733F.3d 294(9th Cir. 2013) and United States v. Pedrin, 797 F.3f 792(9th Cir. 2015).

The majority opinions in both of the above cases adopted a list, not necessarily formulistic, of six factors relevant to identifying outrageous government conduct which should result in dismissal of an indictment. Black at page 30 and Pedrin at page 786. The court in Pedrin listed those factors as:

"(1) known criminal characteristics of the defendants; (2) individualized suspicion of the defendants; (3) the government's role in creating the crime conviction; (4) the government's encouragement of the defendants to commit the offense conduct; (5) the nature of the government's participation in the offense conduct; (6) the nature of the crime being pursued and necessity for the actions taken in light of the nature of the criminal enterprise at issue."

In the instant case, all six factors weigh in Defendant Picard's favor.

## CONCLUSION

Wherefore, for the foregoing reasons, Defendant moves this court for an order dismissing the indictment.

Respectfully submitted,

Gerald M. Werksman



**PRESCRIPTION ORDER FORM**

FAX RX TO: (877) 386-4043
24/7 PHARM SUPPORT: (214) 273-1644

### PATIENT INFORMATION:

☒ WORKERS' COMPENSATION ☐ P.I/AUTO/PIP ☐ PPO ☐ MEDICARE

PATIENT NAME: Michael R. McCorrel
DATE OF BIRTH: 3/28/76
PREFERRED LANGUAGE: English
ADDRESS: 9880 N. Magnolia Ave #387  PHONE: Santee, CA 92071
ALLERGIES: None

**\*PLEASE INCLUDE DEMOGRAPHICS AND COPY OF INSURANCE WITH THIS FORM\***

### ANTI-INFLAMMATORY CREAMS

1. ☐ MUSCULOSKELETAL PAIN, OSTEOARTHRITIS, EPICONDYLITIS
   FLURBUPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, LIDOCAINE 2%
2. ☐ MUSCULOSKELETAL PAIN & INFLAMATION
   FLURBUPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRIN 2%, GABAPENTIN 6%, LIDOCAINE 2%
3. ☐ TENDINOSIS, STRICTURE & SCARRING
   FLURBUPROFEN 20%, BACLOFEN 2%, VERAPAMIL 10%

SIG: APPLY 1-2 GRAMS TO AFFECTED AREA 3-4 TIMES PER DAY
Please Circle:
QTY: 120 GM   180 GM   240GM
REFILLS: 1

### NEUROPATHIC PAIN AND POST-HERPECTIC NEURALGIA

4. ☐ TRIGEMINAL NEURALGIA, PHANTOM LIMB, DEVELOPING NEUROPATHY
   KETAMINE 10% (C-III), GABAPENTIN 6%, IMIPRAMINE 3%, LIDOCAINE 2%, MEFENAMIC ACID 1%, CLONIDINE 0.2%,
5. ☐ DIABETIC & CHEMOTHERAPY-INDUCED PERIPHERAL NEUROPATHY
   KETAMINE 10% (C-III), GABAPENTIN 6%, IMIPRAMNE 3%, LIDOCAINE 2%, NIFEDIPINE 2%, BACLOFEN 2%,
6. ☐ SHINGLES
   KETAMINE 10% (C-III), LIDOCAINE 2%, ACYCLOVIR 5%, DDG 0.1%, AMITRIPTYLINE 2%, KETOPROFEN 10%
7. ☐ FAILED BACK SYNDROME, RADICULOPATHY, FIBROMYALGIA
   KETAMINE 10% (C-III), BACLOFEN 2%, CYCLOBENZAPRINE 2%, KETOPROFEN 10%, GABAPENTIN 6%, LIDOCAINE 2%

### MISCELLANEOUS PRODUCTS

8. ☐ SPRIX NASAL SPRAY (SIG: 1 SPRAY IN EACH NOSTRIL EVERY 6-8 HOURS AS NEEDED FOR PAIN)
   FOR THE SHORT TERM (>5 DAYS) RELIEF OR MODERATE TO MODERATELY SEVERE PAIN
9. ☐ REJUVENESS SCAR SILCONE SHEETING (SIG: APPLY 1 SHEET OVER SCAR)
   A PROVEN CLASS 1 MEDICAL DEVICE FOR TREATING AND PREVENTING PROBLEM SCARRING
10. ☐ NIP PROCEDURE DEVICE (SIG: DEVICE IS PLACE BEHIND THE EAR OF THE PATIENT FOR 4 DAYS)
    NON-DRUG TREATMENT FOR PAIN WITH LITTLE OR NO SIDE-EFFECTS

### WORKERS COMPENSATION ONLY

11. ☒ TEROCIN:
    CAPSAICIN 0.025%, METHYL SALICYLATE 25%, MENTHOL 10%, LIDOCAINE 2.5% - 240ML
12. ☒ PRO-K
    KETOPROFEN 20%, LIDOCAINE 5% - 180GM
13. ☒ GENICIN: (SIG: TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY)
    GLUCOSAMINE SODIUM 500MG – 90 CAPSULES
14. ☒ SOMNICIN: (SIG: TAKE 1-2 CAPSULE BY MOUTH AT BEDTIME)
    MELATONIN 2MG, 5 HYDROXYTRPTOPAN 50MG, L TRYPTOPHAN 100MG, PYRIDOXINE 10MG, MAGNESIUM 50MG – 60 CAPSULES
15. ☒ LAXACIN: (SIG: TAKE 2 TABLETS BY MOUTH 2 TIMES DAILY "MAX IS 4 TABLETS")
    DOCUSATE SODIUM 50MG, SENNOSIDES 8.6MG – 100 TABLETS

### PRESCRIBER INFORMATION

NAME (PRINT): Harry Donel Elshire
NPI#: 1376618389
DEA#: FE 3248829
LIC#: A40737
ADDRESS: 34730 Bob Wilson Dr, San Diego
PHONE: 858 748 8700
FAX:
PRESCRIBER'S SIGNATURE: [signature]
DATE: 3/19/13

This facsimile transmission is intended to be delivered to the named addressee and may contain information that is confidential, privileged, and proprietary or exempt from disclosure under applicable law. If it is received by anyone other than the names addressee, the recipient should immediately notify the sender at the address and/or telephone number set forth herein and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressees.

FLMASS0181



DEF. EX 1




**PRESCRIPTION ORDER FORM**

FAX RX TO: (877) 386 4043

24/7 PHARM SUPPORT

### PATIENT INFORMATION:

☒ WORKERS' COMPENSATION  ☐ P.I/AUTO/PIP  ☐ PPO  ☐ MEDICARE

PATIENT NAME: John P. McMichaels
DATE OF BIRTH: 6/24/73
PREFERRED LANGUAGE: English
ADDRESS: 3529 Cannon Rd dB Apt 320 Oceanside, CA 92056
PHONE: 
ALLERGIES: None

**PLEASE INCLUDE DEMOGRAPHICS AND COPY OF INSURANCE WITH THIS FORM**

### ANTI-INFLAMMATORY CREAMS

1. ☐ MUSCULOSKELETAL PAIN, OSTEOARTHRITIS, EPICONDYLITIS
   FLURBUPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, LIDOCAINE 2%
2. ☐ MUSCULOSKELETAL PAIN & INFLAMATION
   FLURBUPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRIN 2%, GABAPENTIN 6%, LIDOCAINE 2%
3. ☐ TENDINOSIS, STRICTURE & SCARRING
   FLURBUPROFEN 20%, BACLOFEN 2%, VERAPAMIL 10%

SIG: APPLY 1-2 GRAMS TO AFFECTED AREA 3-4 TIMES PER DAY

Please Circle:
QTY:  120 GM   180 GM   240 GM
REFILLS 1

### NEUROPATHIC PAIN AND POST HERPETIC NEURALGIA

4. ☐ TRIGEMINAL NEURALGIA, PHANTOM LIMB, DEVELOPING NEUROPATHY
   KETAMINE 10% (C-III), GABAPENTIN 6%, IMIPRAMINE 3%, LIDOCAINE 2%, MEFENAMIC ACID 1%, CLONIDINE 0.2%,
5. ☐ DIABETIC & CHEMOTHERAPY-INDUCED PERIPHERAL NEUROPATHY
   KETAMINE 10% (C-III), GABAPENTIN 6%, IMIPRAMINE 3%, LIDOCAINE 2%, NIFEDIPINE 2%, BACLOFEN 2%,
6. ☐ SHINGLES
   KETAMINE 10% (C-III), LIDOCAINE 2%, ACYCLOVIR 5%, DDG 0.1%, AMITRIPTYLINE 2%, KETOPROFEN 10%
7. ☐ FAILED BACK SYNDROME, RADICULOPATHY, FIBROMYALGIA
   KETAMINE 10% (C-III), BACLOFEN 2%, CYCLOBENZAPRINE 2%, KETOPROFEN 10%, GABAPENTIN 6%, LIDOCAINE 2%

### MISCELLANEOUS PRODUCTS

8. ☐ SPRIX NASAL SPRAY (SIG: 1 SPRAY IN EACH NOSTRIL EVERY 6-8 HOURS AS NEEDED FOR PAIN)
   FOR THE SHORT TERM (>5 DAYS) RELIEF OR MODERATE TO MODERATELY SEVERE PAIN
9. ☐ REJUVENESS SCAR SILCONE SHEETING (SIG: APPLY 1 SHEET OVER SCAR)
   A PROVEN CLASS 1 MEDICAL DEVICE FOR TREATING AND PREVENTING PROBLEM SCARRING
10. ☐ NIP PROCEDURE DEVICE (SIG: DEVICE IS PLACE BEHIND THE EAR OF THE PATIENT FOR 4 DAYS)
    NON-DRUG TREATMENT FOR PAIN WITH LITTLE OR NO SIDE-EFFECTS

### WORKERS COMPENSATION ONLY

11. ☒ TEROCIN:
    CAPSAICIN 0.025%, METHYL SALICYLATE 25%, MENTHOL 10%, LIDOCAINE 2.5% - 240ML
12. ☒ PRO-K
    KETOPROFEN 20%, LIDOCAINE 5% - 180GM
13. ☒ GENICIN: (SIG: TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY)
    GLUCOSAMINE SODIUM 500MG – 90 CAPSULES
14. ☒ SOMNICIN: (SIG: TAKE 1-2 CAPSULE BY MOUTH AT BEDTIME)
    MELATONIN 2MG, 5 HYDROXYTRPTOPAN 50MG, L TRYPTOPHAN 100MG, PYRIDOXINE 10MG, MAGNESIUM 50MG – 60 CAPSULES
15. ☒ LAXACIN: (SIG: TAKE 2 TABLETS BY MOUTH 2 TIMES DAILY "MAX IS 4 TABLETS")
    DOCUSATE SODIUM 50MG, SENNOSIDES 8.6MG – 100 TABLETS

### PRESCRIBER INFORMATION

NAME (PRINT): Harry Donel Elchire
NPI#: 1376618389
DEA#: [illegible]
LIC#: A40737
ADDRESS: 34730 Bob Wilson Dr, San Diego
PHONE: 858 740 8700
FAX:
PRESCRIBER'S SIGNATURE: [signature]
DATE: 3/19/13

This facsimile transmission is intended to be delivered to the named addressees and may contain information that is confidential, privileged, and proprietary or exempt from disclosure under applicable law. If it is received by anyone other than the names addressed, the recipient should immediately notify the sender at the address and/or telephone number set forth herein and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressees.

FLMASS0181

DEF. EX. 2




**PRESCRIPTION ORDER FORM**

FAX RX TO: (877) 386-4043

### PATIENT INFORMATION:

☒ WORKERS' COMPENSATION  ☐ P.I/AUTO/PIP  ☐ PPO  ☐ MEDICARE

| PATIENT NAME: Jack P. McMiken | DATE OF BIRTH: 3/24/78 | PREFERRED LANGUAGE: English |
|---|---|---|
| ADDRESS: 1611-A South Melrose Drive #207 Vista, CA 92081 PHONE: | | ALLERGIES: None |

**\*PLEASE INCLUDE DEMOGRAPHICS AND COPY OF INSURANCE WITH THIS FORM\***

### ANTI-INFLAMMATORY CREAMS

1. ☐ MUSCULOSKELETAL PAIN, OSTEOARTHRITIS, EPICONDYLITIS
   FLURBIPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, LIDOCAINE 2%
2. ☐ MUSCULOSKELETAL PAIN & INFLAMATION
   FLURBIPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRIN 2%, GABAPENTIN 6%, LIDOCAINE 2%
3. ☐ TENDINOSIS, STRICTURE & SCARRING
   FLURBIPROFEN 20%, BACLOFEN 2%, VERAPAMIL 10%

SIG: APPLY 1-2 GRAMS TO AFFECTED AREA 3-4 TIMES PER DAY

Please Circle:
QTY:   120 GM   180 GM   240GM

REFILLS: 1

### NEUROPATHIC PAIN AND POST HERPECTIC NEURALGIA

4. ☐ TRIGEMINAL NEURALGIA, PHANTOM LIMB, DEVELOPING NEUROPATHY
   KETAMINE 10% (C-III), GABAPENTIN 6%, IMIPRAMINE 3%, LIDOCAINE 2%, MEFENAMIC ACID 1%, CLONIDINE 0.2%,
5. ☐ DIABETIC & CHEMOTHERAPY-INDUCED PERIPHERAL NEUROPATHY
   KETAMINE 10% (C-III), GABAPENTIN 6%, IMIPRAMNE 3%, LIDOCAINE 2%, NIFEDIPINE 2%, BACLOFEN 2%,
6. ☐ SHINGLES
   KETAMINE 10% (C-III), LIDOCAINE 2%, ACYCLOVIR 5%, DDG 0.1%, AMITRIPTYLINE 2%, KETOPROFEN 10%
7. ☐ FAILED BACK SYNDROME, RADICULOPATHY, FIBROMYALGIA
   KETAMINE 10% (C-III), BACLOFEN 2%, CYCLOBENZAPRINE 2%, KETOPROFEN 10%, GABAPENTIN 6%, LIDOCAINE 2%

### MISCELLANEOUS PRODUCTS

8. ☐ SPRIX NASAL SPRAY (SIG: 1 SPRAY IN EACH NOSTRIL EVERY 6-8 HOURS AS NEEDED FOR PAIN)
   FOR THE SHORT TERM (>5 DAYS) RELIEF OF MODERATE TO MODERATELY SEVERE PAIN
9. ☐ REJUVENESS SCAR SILCONE SHEETING (SIG: APPLY 1 SHEET OVER SCAR)
   A PROVEN CLASS 1 MEDICAL DEVICE FOR TREATING AND PREVENTING PROBLEM SCARRING
10. ☐ NIP PROCEDURE DEVICE (SIG: DEVICE IS PLACE BEHIND THE EAR OF THE PATIENT FOR 4 DAYS)
    NON-DRUG TREATMENT FOR PAIN WITH LITTLE OR NO SIDE-EFFECTS

### WORKERS COMPENSATION ONLY

11. ☒ TEROCIN:
    CAPSAICIN 0.025%, METHYL SALICYLATE 25%, MENTHOL 10%, LIDOCAINE 2.5% - 240ML
12. ☒ PRO-K
    KETOPROFEN 20%, LIDOCAINE 5% - 180GM
13. ☒ GENICIN: (SIG: TAKE 1 CAPSULE BY MOUTH 3 TIMES DAILY)
    GLUCOSAMINE SODIUM 500MG – 90 CAPSULES
14. ☒ SOMNICIN: (SIG: TAKE 1-2 CAPSULE BY MOUTH AT BEDTIME)
    MELATONIN 2MG, 5 HYDROXYTRPTOPAN 50MG, L TRYPTOPHAN 100MG, PYRIDOXINE 10MG, MAGNESIUM 50MG – 60 CAPSULES
15. ☒ LAXACIN: (SIG: TAKE 2 TABLETS BY MOUTH 2 TIMES DAILY*MAX IS 4 TABLETS*)
    DOCUSATE SODIUM 50MG, SENNOSIDES 8.6MG – 100 TABLETS

### PRESCRIBER INFORMATION

| NAME (PRINT): Harry Dorrel Elshire | NPI#: 1376618389 | DEA#: FE 3248829 | LIC#: A40737 |
|---|---|---|---|
| ADDRESS: 34730 Bob Wilson Dr, San Diego | | PHONE: 858.740.8700 | FAX: |
| PRESCRIBER'S SIGNATURE: | | | DATE: 3/19/13 |

This facsimile transmission is intended to be delivered to the named addressee and may contain information that is confidential, privileged, and proprietary or exempt from disclosure under applicable law. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and/or telephone number set forth herein and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee.

FLMASS0181

DEF. EX. 3

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | Redacted |
| **Date:** | 03/29/2013 |
| **Case Agent Name:** | CONNOLLY, CATHLEEN A |
| **Field Office/Division:** | San Diego |
| **Squad:** | WC2 |
| **Date of Contact:** | 03/19/2013 |
| **List all Present including yourself. (Do not include the CHS.):** | SA Cathleen A. Connolly |
| **Type of Contact:** | Telephonic |
| **Date of Report:** | 03/19/2013 |
| **Substantive Case File Number:** | Redacted |

**Source Reporting:**

On 03/19/2013, CHS was contacted regarding signing prescriptions for compounding pharmacies. CHS was told the types of medications that would be prescribed, including topical compounded creams and oral glucosamines and non-prescription sleep supplements. CHS authorized SA Cathleen A. Connolly to sign his/her name to the prescriptions for the described medications. CHS provided his/her DEA#, license#, address and phone number to be used on the prescriptions. CHS was told that he/she may receive a phone call to verify the prescription. CHS agreed to verify the prescriptions.

**Approval History:**

| Submitted By: | Connolly, Cathleen A | 03/29/2013 5:52PM |
| Approved By: | Godshall, Bradlee | 04/02/2013 6:38PM |

# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

# SOUTH CANYON MEDICAL LLC

Q New Search    🖨 Printer Friendly    $ Calculate List Fees

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Default | File Date: | 11/5/2012 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0572422012-9 |
| Qualifying State: | NV | List of Officers Due: | 11/30/2015 |
| Managed By: | Managing Members | Expiration Date: | |
| NV Business ID: | NV20121667812 | Business License Exp: | 11/30/2015 |

| Additional Information | |
|---|---|
| Central Index Key: | |

| Registered Agent Information | | | |
|---|---|---|---|
| Name: | UNITED STATES CORPORATION AGENTS, INC. | Address 1: | 500 N RAINBOW BLVD STE 300A |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89107 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

| Officers | | | Include Inactive Officers |
|---|---|---|---|
| Managing Member - JEFFREY P MCMICHAEL | | | |
| Address 1: | 9450 MIRA MESA BLVD. SUITE C-218 | Address 2: | |
| City: | SAN DIEGO | State: | CA |

*DEF. EX. 5*

| | | | |
|---|---|---|---|
| Zip Code: | 92126 | Country: | USA |
| Status: | Active | Email: | |
| Managing Member - ALAN WILSON | | | |
| Address 1: | 9450 MIRA MESA BLVD. SUITE C-218 | Address 2: | |
| City: | SAN DIEGO | State: | CA |
| Zip Code: | 92126 | Country: | USA |
| Status: | Active | Email: | |

**−**  **Actions\Amendments**

Click here to view 5 actions\amendments associated with this company

Gerald M. Werksman, SBN 145020
17702 Mitchell North,
Irvine, CA 92614
Telephone: 949-307-2426
Facsimile: 949-756-9060
werksmanlaw@gmail.com

Attorney for Defendant Jean Francois Picard

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 16cr1409-H |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JEAN FRANCOIS PICARD (2), | |
| Defendant. | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Crystal Amaro, am a citizen of the United States and am at least 18 years of age. My business address is 17702 Mitchell North, Irvine, CA 92614. I am not a party to this case. I have caused service of the attached DEFENDANT'S MOTION TO DISMISS THE INDICTMENT DUE TO OUTRAGOUS GOVERNMENT CONDUCT IN OBTAINING JURISDICTION, ENTRAPPING DEFENDANT, ENHANCING POSSIBLE SENTENCING AND CREATING THE CRIMINAL ACTS on the parties to this case by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2016

/s/ Crystal Amaro

Crystal Amaro