FILED

DEC 19 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOOTAN MELAMED (1),<br><br>Defendant. | CASE NO. 16CR1409H<br><br>**ORDER AUTHORIZING TRAVEL AND MODIFYING BOND FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>[UNOPPOSED MOTION FILED CONCURRENTLY HEREWITH] |

The Court, having considered Defendant Hootan Melamed's ("Melamed") Unopposed Motion Authorizing Travel and Modifying Bond for Defendant Hootan Melamed during Pretrial Release, and good cause having been shown, hereby GRANTS the Unopposed Motion and ORDERS that:

1. Melamed may travel to Salt Lake City, Utah from December 20, 2016 through December 23, 2016; and

2. Melamed's bond is modified to allow travel to and from Las Vegas, Nevada, without prior approval from Pretrial Services.

IT IS SO ORDERED.

Dated: Dec. 19, 2016

Hon. Bernard G. Skomal
United States Magistrate Judge

**ORDER AUTHORIZING TRAVEL AND MODIFYING BOND FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**