**LAW OFFICES OF STEVEN GOLDSOBEL**
Stephen M. Goldsobel, SBN 166405
        E-Mail: steve@sgoldsobel.com
Katherine A. Bowles, SBN 287426
        E-Mail: kate@sgoldsobel.com
1901 Avenue of the Stars, Suite 1750
Los Angeles, California 90067
Telephone:    (310) 552-4848
Telecopier:   (310) 552-9291

**MOSS  LAW GROUP**
Richard A. Moss, SBN 42329
        E-Mail: rmoss@rmosslaw.com
255 South Marengo Avenue
Pasadena, California 91101-2719
Telephone:    (626) 796-7400
Telecopier:   (626) 796-7789

Attorneys for Defendant, HOOTAN MELAMED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOOTAN MELAMED, et al.,<br><br>Defendants. | Case No. 16-CR-1409-H<br><br>**REQUEST FOR WITHDRAWAL OF CO-COUNSEL FOR DEFENDANT HOOTAN MELAMED** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Richard A. Moss of the firm MOSS LAW GROUP, seeks to withdraw as co-counsel for Defendant HOOTAN MELAMED.  Defendant HOOTAN MELAMED will continue to be represented by STEVEN GOLDSOBEL, who has already entered an appearance as counsel of record in this case, and who is a member in good standing of the Bar of this Court.

Dated: December 20, 2016          **M O S S   L A W   G R O U P**
                                              Richard A. Moss, Esq.


                                   By:     */s/ Richard A. Moss, Esq.*
                                           Richard A. Moss, Esq.
                                           Attorney for Defendant,
                                           Hootan Melamed


I consent to the withdrawal of my co-counsel, Richard A. Moss/Moss Law Group.

Dated: December ___, 2016          _____
                                   Hootan Melamed

       12/20/16

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Richard A. Moss, am a citizen of the United States and am at least eighteen years of age.  My business address is 255 South Marengo Avenue, Pasadena, California 91101.

I am not a party to the above-captioned action.  I have caused service of the **REQUEST FOR WITHDRAWAL OF CO-COUNSEL FOR DEFENDANT HOOTAN MELAMED** on the parties listed on ECF by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2016.

                                           */s/ Richard A. Moss*
                                           RICHARD A. MOSS