THOMAS J. WARWICK, Jr.
STATE BAR NO.: 56200
GRIMES & WARWICK
P.O. BOX 124817
SAN DIEGO CA 92112
TELEPHONE: (619) 232-0600
twarwick@grimesandwarwick.com

Attorney for Defendant
PHONG TRAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. MARILYN L. HUFF)

| | |
|---|---|
| UNITES STATES OF AMERICA, | Case No.: 16CR1409H |
| Plaintiff, | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. | |
| PHONG TRAN | |
| Defendant. | |

I, PHONG TRAN, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is May 22, 2017 at 2:00 p.m., before the Honorable Marilyn L. Huff. .

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 01/19/2017

PHONG TRAN