Steven M. Goldsobel (State Bar No. 166405)
Law Offices of Steven Goldsobel,
A Professional Corporation
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067
Tel: (310) 552-4848
Fax: (310) 695-3860
Email: steve@sgoldsobel.com

Attorney for Defendant
HOOTAN MELAMED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOOTAN MELAMED (1),<br>JEAN FRANCOIS PICARD (2),<br>JOHN PANGELINAN (3),<br>PHONG HUNG TRAN (4),<br>JONATHAN PENA (5),<br><br>Defendants. | CASE NO. 16CR1409H<br><br>**UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |

Defendant Hootan Melamed, by and through his counsel of record, Steven M. Goldsobel, hereby brings this Unopposed Motion Authorizing Travel for Defendant Hooton Melamed During Pretrial Release.

1.     On June 16, 2016, Melamed was indicted in *United States v. Melamed, et al.*, Case No. 16CR1409H, and, currently, he is on pretrial release. His conditions of bond authorize him to travel throughout the State of California and to and from Las Vegas, Nevada.

2.     Melamed wishes to travel to Houston, Texas from February 3, 2017 to February 6, 2017 and to Park City, Utah from March 3, 2017 to March 6, 2017 for personal travel.

3.     On January 24, 2017, undersigned counsel for Melamed provided a

copy of this motion and proposed order to Assistant United States Attorney Valerie H. Chu, who does not oppose entry of the requested order.

4.     Pretrial Services also does not oppose entry of this order.

5.     Melamed will provide the government and Pretrial Services with a copy of his itinerary in advance of the requested travel.

6.     Accordingly, Melamed respectfully requests that the Court enter an order authorizing Melamed to travel to:

a.     Houston, Texas from February 3, 2017 through February 6, 2017; and

b.     Park City, Utah from March 3, 2017 through March 6, 2017.

IT IS SO STIPULATED


Dated:  January 24, 2017         LAW OFFICES OF STEVEN GOLDSOBEL
                                 A PROFESSIONAL CORPORATION

                                 By:   /s/ Steven M. Goldsobel
                                       STEVEN M. GOLDSOBEL
                                       Attorney for Defendant Hootan Melamed

Dated:  January 24, 2017         LAURA E. DUFFY
                                 UNITED STATES ATTORNEY

                                 By:   /s/ Valerie H. Chu
                                       Valerie H. Chu
                                       Assistant United States Attorney
                                       Attorney for Plaintiff
                                       United States of America

**UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**

## NOTICES OF ACKNOWLEDGMENT

I, Hootan Melamed, hereby acknowledge my request to (1) travel to Houston, Texas on February 3, 2017 and return to Los Angeles, California on February 6, 2017 and (2) travel to Park City, Utah on March 3, 2017 and return to Los Angeles, California on March 6, 2017.

Dated: 01/24/17 _____     Signed: _____

Defendant Hootan Melamed

I, Houshang Melamed, hereby acknowledge and consent to Hootan Melamed's request to (1) travel to Houston, Texas on February 3, 2017 and return to Los Angeles, California on February 6, 2017 and (2) travel to Park City, Utah on March 3, 2017 and return to Los Angeles, California on March 6, 2017.

Dated: 01/24/17 _____     Signed: _____

Surety Houshang Melamed

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 24, 2017          /s/ Steven M. Goldsobel_____

Steven M. Goldsobel

**UNOPPOSED MOTION AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**