# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>HOOTAN MELAMED (1),<br><br>       Defendant. | CASE NO. 16CR1409H<br><br>**ORDER AUTHORIZING TRAVEL FOR DEFENDANT HOOTAN MELAMED DURING PRETRIAL RELEASE**<br><br>UNOPPOSSED MOTION FILED CONCURRENTLY HEREWITH] |

The Court, having considered Defendant Hootan Melamed's ("Melamed") Unopposed Motion Authorizing Travel for Defendant Hootan Melamed during Pretrial Release, and good cause having been shown, hereby GRANTS the Unopposed Motion and ORDERS that:

1.  Melamed may travel to Houston, Texas from February 3, 2017 through February 6, 2017.

2.  Melamed may travel to Park City, Utah from March 3, 2017 through March 6, 2017.

IT IS SO ORDERED.

Dated: <u>January 27, 2017</u>

_____
Hon. Bernard G. Skomal
United States Magistrate Judge