GRETCHEN C. von HELMS, ESQ.
California State Bar No. 156518
105 West "F" Street, Suite 306
San Diego, CA 92101-6036
Telephone: (619) 239-1199
Fax: (619) 236-8820
gvh@ronisandronis.com

Attorney at for Defendant
Jonathan Peña

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-01409-H-5 |
| Plaintiff, | JOINT MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| JONATHAN PEÑA, | |
| Defendant. | |

**IT IS HEREBY REQUESTED** and agreed by and between defendant Jonathan Peña, by and through his attorney Gretchen C. von Helms, and the UNITED STATES OF AMERICA, by and through its counsel, Valerie Chu, United States Attorney, that the defendant's conditions of pre-trial release be modified such that he be allowed to travel with his fiancee to Cancun, Mexico from Los Angeles, CA from march 24-31, 2017, to make arrangements for their upcoming wedding. Mr. Peña was scheduled to go last year, but was arrested and unable to make the trip. It has since been rescheduled by his fiancee and he would like to attend in order to assist her in scouting venues and vendors for their wedding. The United States Pre-trial service officer from the Central District of California, Verenice Gardea, phone number (213)894-4354, who has been supervising Mr. Peña, has no objection to this request. He will check in with Ms. Gardea before his

departure, upon his arrival in Mexico and upon his return to the United States.

Mr. Peña's passport was surrendered to Pre-trial Services in the Southern District of California at the commencement of this case, so in order to travel internationally, Mr. Peña will need to have his passport returned for purposes of travel, but will surrender it again upon return to the United States.

Mr. Peña has been compliant with all conditions of his pre-trial release. All other bond conditions are to remain as set.

The parties hereby stipulate and agree to the foregoing:

Dated: February 16, 2017        *s/s Gretchen von Helms*
                                GRETCHEN C. VON HELMS
                                Attorney for Defendant Mr. Peña

Dated: February 16, 2017        *s/s Valerie Chu*
                                VALERIE CHU
                                Assistant United States Attorney