ALANA W. ROBINSON
Acting United States Attorney
VALERIE H. CHU
California Bar No. 241709
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6750
Email: Valerie.chu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16CR1409-H |
| Plaintiff, | **JOINT MOTION TO MODIFY RELEASE CONDITIONS** |
| v. | |
| HOOTAN MELAMED (1), | |
| Defendant. | |

With the concurrence of the Southern District of California PreTrial Services Office, the parties jointly move this Court to modify Defendant Hootan Melamed's conditions of release as follows:

1) Defendant's travel is limited to the Central and Southern Districts, except as expressly approved by the United States.

2) Defendant shall abide by all federal, state and local laws, including, in particular, Defendant shall not harass, threaten or intimidate any person, including verbally or through electronic communication.

3) Defendant's personal appearance bond shall be increased from $25,000 to $100,000, secured by Defendant's signature and the signature of one financially responsible surety.

4) The condition that Defendant maintain fulltime employment shall be removed.

DATED:   August 11, 2017    Respectfully submitted,

ALANA W. ROBINSON
Acting United States Attorney

s/Valerie H. Chu
VALERIE H. CHU
Assistant United States Attorney


s/Steven Goldsobel (w/authorization)
STEVEN GOLDSOBEL
Counsel for Hootan Melamed (Def 1)


s/Amber Mchaelis (w/authorization)
AMBER MCHAELIS
United States Pretrial Services Officer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 16cr1409-H |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| HOOTAN MELAMED (1), | ) ) ) | |
| Defendant. | ) ) ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, Valerie H Chu, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, San Diego, California 92101-8893.

I am not a party to this case. I have caused service of the attached Joint Motion on the party to this case by sending it via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2017

s/Valerie H. Chu

3