**ELIZABETH M. BARROS**
California State Bar No. 227629
**BRIDGET L. KENNEDY**
California State Bar No. 253416
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Elizabeth_Barros@fd.org
Bridget_Kennedy@fd.org

Attorneys for Defendant
JEAN FRANCOIS PICARD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOOTAN MELAMED (1),<br>JEAN FRANCOIS PICARD (2),<br>JOHN PANGELINAN (3),<br>PHONG HUNG TRAN (4),<br><br>　　　　　　Defendants. | CASE NO.:   16CR1409-H<br><br>Hon. Marilyn L. Huff<br>Courtroom 15A<br>Date: January 29, 2018<br>Time: 2:00p.m.<br><br>JOINT MOTION TO CONTINUE MOTION HEARING |

　　　IT IS HEREBY AGREED BETWEEN THE PARTIES, Steven Goldsobel, counsel for Hootan Melamed, Elizabeth M. Barros, Bridget L. Kennedy and Federal Defenders of San Diego, Inc., counsel for Jean Francois Picard, Patrick Q. Hall, counsel for John Pangelinan, and Thomas J. Warwick, Jr., counsel for Phong Hung Tran, along with Assistant United States Attorney Valerie Chu, that the motion hearing set for November 20, 2017 at 2:00p.m., be continued to January 29, 2018 at 2:00 p.m.  The parties further agree that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) for the reasons stated in Docket Entry, No. 132 and because Defendant Jean Francois Picard was appointed new counsel.

1     SO STIPULATED AND AGREED.

        Respectfully submitted,

Dated:  November 15, 2017     *s/ Steven Goldsobel*
Law Office of Steven M. Goldsobel
Attorneys for Defendant
HOOTAN MELAMED
Email:  steve@sgoldsobel.com

Dated:  November 15, 2017     *s/ Elizabeth M. Barros*
ELIZABETH M. BARROS
BRIDGET L. KENNEDY
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
JEAN FRANCOIS PICARD
Email:  Elizabeth_Barros@fd.org;
Bridget_Kennedy@fd.org

Dated:  November 15, 2017     *s/ Patrick Q. Hall*
Law Offices of Patrick Q. Hall
Attorneys for Defendant
JOHN PANGELINAN
Email:  pat@pqhlaw.com

Dated:  November 15, 2017     *s/ Thomas J. Warwick, Jr.*
Grimes and Warwick
Attorneys for Defendant
PHONG HUNG TRAN
Email:  twarwick@grimesandwarwick.com

Dated:  November 15, 2017     *s/ Valerie Chu*
Assistant United States Attorney